# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CARA GOFF**                                                             **PLAINTIFF**

**V.**                    **CASE NO. 3:13CV00099-BD**

**MICHAEL ASTRUE, Commissioner,**
**Social Security Administration**                                 **DEFENDANT**

## JUDGMENT

Plaintiff Cara Goff's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 24th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE